# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2020

## NO. 03-19-00525-CV

**M. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order of termination signed by the trial court on July 19, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there are clerical errors requiring correction. Therefore, the Court modifies the trial court's order to replace the word "mother" with "father" in Paragraphs 7.2.3. and 7.2.4. of the order. The Court affirms the order as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.